■ In the Matter of BRUCE MARC ELLIOTT, an Attorney.— Motion granted insofar as to modify the order of this court entered on May 30, 1985 only to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing pursuant to Judiciary Law § 90 (4) (h), and suspension continued pending receipt of the Committee's report and until the further order of this court. Order filed. Concur—Murphy, P. J., Kupferman, Ross, Carro and Milonas, JJ.

■ EDUCATIONAL BROADCASTING CORPORATION v JOHN LOWRY, INC.—Motion granted insofar as to dismiss appeal from the order of June 29, 1984 as superseded by the appeal from the final judgment of July 11, 1985 *(Dayon v Downe Communications,* 42 AD2d 889 [1st Dept 1973]; *Austrian Lance & Stewart v Jackson,* 50 AD2d 735 [1st Dept 1975]). Concur— Kupferman, J. P., Carro, Asch, Fein and Ellerin, JJ.

■ HERBERT v CITY OF NEW YORK.—Motion to dismiss appeal, on grounds that no appeal lies where an appeal is from a decision of a trial court and not from a judgment or order duly entered in the office of the appropriate county clerk, granted. Concur—Kupferman, J. P., Carro, Asch, Fein and Ellerin, JJ.